

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00061-CR

| | | |
|---|---|---|
| JESSIE GARAY CORONA, Appellant | § | On Appeal from Criminal District Court No. 4 |
| | § | of Tarrant County (1461696D) |
| V. | § | May 16, 2019 |
| | § | Per Curiam |
| THE STATE OF TEXAS | § | (nfp) |

**JUDGMENT**

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.  It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM